UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANA ANTHONY HOLT,<br><br>    Petitioner,<br><br>v.<br><br>SHAWN HATTON, Acting Warden,<br><br>    Respondent. | Case No.: SACV 16-01908-DMG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Petitioner's Request for an evidentiary hearing is DENIED; and

*//*

(2) Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: September 5, 2017

_____
DOLLY M. GEE
United States District Judge