JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANA ANTHONY HOLT,<br><br>               Petitioner,<br><br>        v.<br><br>SHAWN HATTON, Acting Warden,<br><br>             Respondent. | Case No.: SACV 16-01908-DMG (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: September 5, 2017

_____
DOLLY M. GEE
United States District Judge